An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALESSI & KOENIG, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,

vs.

THLSA, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND RUGGED
OAKS INVESTMENTS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondents.

No. 66333

FILED

FEB 03 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY /s/ DEPUTY CLERK



## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Susan Scann, District Judge
Alessi & Koenig, LLC
Hutchison & Steffen, LLC
Kehoe & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-03675